IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN LEE HOLT,** | **CAPITAL CASE** |
| Petitioner, | CIV F-97-6210 AWI  P |
| v. | **ORDER GRANTING RESPONDENT'S REQUEST TO ENLARGE TIME FOR FILING RESPONSE** |
| **Steven W. Ornoski, As Acting Warden of California State Prison at San Quentin,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the application of Respondent for a six (6) day enlargement of time to and including January 24, 2006, to file a response, to the Court's December 19, 2005 Order is GRANTED.

Dated:    January 18, 2006

                                                      /s/ Anthony W. Ishii
                                                      Anthony W. Ishii
                                              United States District Judge

97dp6210.OGrantEOT.Hlt.wpd

1