UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>          Petitioner,<br><br>  vs.<br><br>Steven W. Ornoski, As Acting Warden of San Quentin State Prison,<br><br>          Respondent. | Case No. CV F-97-6210-AWI<br><br><u>DEATH</u> <u>PENALTY</u> <u>CASE</u><br><br>ORDER SETTING HEARING FOR CROSS DISCOVERY MOTIONS<br><br>DATE:    July 3, 2006<br>TIME:    1:30 p.m.<br>COURTROOM TWO |

On May 2, 2006 both parties to this action filed cross discovery motions in preparation for the anticipated evidentiary hearing ordered March 30, 2004.  The Court, having reviewed the moving, opposing, and reply papers for both motions has determined that in-person oral argument will be beneficial to resolve outstanding disagreements.

A hearing on the cross motions will be conducted Monday, July 3, 2006 at 1:30 p.m. in Courtroom Two of the above-entitled court. IT IS SO ORDERED.

Date:  June 14, 2006

                                              /s/ Anthony W. Ishii
                                                Anthony W. Ishii
                                      United States District Judge