1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9   JOHN LEE HOLT,                        )     Case No. CV. F-97-6210-AWI-P
                                          )
10              Petitioner,               )     DEATH PENALTY CASE
                                          )
11       vs.                              )     ORDER SETTING INTERIM TELEPHONIC
                                          )     CASE MANAGEMENT CONFERENCE
12   Robert L. Ayers, As Warden of San Quentin )
     State Prison,                        )     DATE:        FEBRUARY 12, 2007
13                                        )     TIME:        3:00 p.m.
                Respondent.               )     COURTROOM TWO
14   _____ )

15           On July 10, 2006, the Court entered an order approving and denying discovery requested by

16   Petitioner John Lee Holt ("Holt") and Respondent Robert L. Ayers as Warden of San Quentin State

17   Prison (the "Warden") in their respective disputed cross motions.  On August 11, 2006, the parties filed

18   a joint discovery schedule pursuant to the July 10, 2006 order in which the parties contemplated

19   completing all discovery, except for discovery pertinent to expert witnesses, by approximately mid-

20   November, 2006.  Completion of discovery pertinent to expert witnesses is dependent upon the date for

21   commencement of the evidentiary hearing.  To set the date for the evidentiary hearing and establish any

22   other scheduling matters, including discovery pertinent to expert witnesses, the Court sets a telephonic

23   case management conference for February 12, 2007 at 3:00 p.m.  Holt's counsel is directed to arrange

24   for and initiate the telephonic conference.

25

26   IT IS SO ORDERED

27   Date:   January 8, 2007                            /s/ Anthony W. Ishii
                                                       Anthony W. Ishii
28                                               United States District Judge

97dp6210OSetCMC.Hlt.wpd