UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>        Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS, JR., as Warden of<br>San Quentin State Prison,<br><br>        Respondent. | Case No. 1:97-CV-6210-AWI<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO FILE SUPPLEMENTAL DISCOVERY MOTION UNDER SEAL |

      This matter is before the Court on the request of Respondent Robert L. Ayers, Jr., as Warden of San Quentin State Prison (the "Warden") for an order permitting him to file under seal his supplemental discovery motion due April 27, 2007. The Warden reports that he reasonably anticipates his motion and supporting documentation will include information taken directly or derived from material subject to the protective order issued as part of the Court's July 10, 2006 discovery order.

      Good cause appearing, permission is granted for the Warden to file his anticipated discovery motion under seal. The Warden shall cause his discovery motion to be electronically served on counsel for Petitioner John Lee Holt contemporaneous with presentation of the motion for filing, no later than 4:00 p.m. on April 27, 2007.

IT IS SO ORDERED

Date:  April 23, 2007                                              /s/ Anthony W. Ishii
                                                                           Anthony W. Ishii
                                                          United States District Judge

97dp06210.OGrantReq4SealMo.Hlt.wpd