UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>        Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, JR., as Warden of<br>San Quentin State Prison,<br><br>        Respondent. | Case No. 1:97-CV-06210-AWI<br><br>DEATH PENALTY CASE<br><br>ORDER DIRECTING RESPONDENT TO FILE A STATUS REPORT |

On July 2, 2007, this Court issued an order regarding the parties' respective efforts to further develop evidence pursuant to the March 30, 2004 order granting a limited evidentiary hearing. As of July 2, 2007, the depositions of two witnesses had yet to be conducted. The first witness is Charles Soria, one of the trial defense attorneys for Petitioner John Lee Holt ("Holt"). Mr. Soria's deposition was to have been noticed and conducted by Respondent Robert L. Ayers, Jr., as Warden of San Quentin State Prison (the "Warden"). The second witness is James R. Missett, M.D., Ph.D., the Warden's mental health expert. Dr. Missett's deposition was to have been conducted by Holt following Holt's receipt of Dr. Missett's Rule 26(a)(2) report.

The July 2, 2007 order directed the parties to meet and confer by August 1, 2007 to discuss the Warden's examination of Mr. Soria, the timing and duration of the deposition, and the applicability of the prior protective order issued in this case. The parties' discussion was to be informed by allocation of discovery expenses outlined in the Fresno Guide to Case Management and Budgeting, at ¶ 66. The parties also were directed to discuss when Dr. Missett will complete his rule 26(a)(2) report so that Holt can schedule his deposition.

1  The Court is unaware of what progress the parties have made in completing the depositions
2  referenced in the July 2, 2007 order.  The Warden is directed to advise the Court whether he has noticed
3  and conducted Mr. Soria's deposition and whether Dr. Missett has prepared his Rule 26(a)(2) report.

5  IT IS SO ORDERED

7  Date:   November 14, 2007                              /s/ Anthony W. Ishii
                                                                          Anthony W. Ishii
8                                                                  United States District Judge