UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, JR., as Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:97-CV-06210-AWI<br><br>DEATH PENALTY CASE<br><br>ORDER DIRECTING RESPONDENT TO FILE A STATUS REPORT |

On November 14, 2007, the Court issued an order directing the Robert L. Ayers, Jr., as Warden of San Quentin State Prison (the "Warden") to advise the Court whether he has noticed and conducted deposition of trial defense attorney Charles Soira and whether the Warden's mental health expert, James R. Missett, M.D., Ph.D. has prepared his Rule 26(a)(2) report. The order did not include a due date for the status report.

The Court now directs the Warden to file the status report described in the November 14, 2007 order no later than 4 p.m., Tuesday, December 4, 2007.

IT IS SO ORDERED

Date:  November 27, 2007                             /s/ Anthony W. Ishii
                                                                              Anthony W. Ishii
                                                                              United States District Judge

97dp06210.2ndODirectResp2FileStatusReport.Hlt.wpd