UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT, ) | Case No. 1:97-CV-06210-AWI |
|   ) |   |
| Petitioner, ) | ORDER MODIFYING BRIEFING |
|   ) | SCHEDULE FOR PETITIONER'S *GATES* |
| vs. ) | MOTION |
|   ) |   |
| ROBERT L. AYERS, JR., As Warden ) |   |
| of San Quentin State Prison, ) |   |
|   ) |   |
| Respondent. ) |   |

Petitioner John Lee Holt, ("Holt") and Respondent, Robert L. Ayers, Jr., as Warden of San Quentin State Prison (the "Warden") by and through their respective counsel, have filed a stipulation and proposed order agreeing to extend the briefing schedule for a motion pursuant to *Rohan ex rel. Gates v. Woodford*, 334 F.3d 803 (9th Cir. 2003) as set forth in the March 20, 2008 Order Following Telephonic Status Conference (Doc. 179). Currently Holt has until May 15, 2008 to file his *Gates* motion; the Warden has until June 16, 2008 to file a response to the motion or notify the Court that he wishes to address the independent mental evaluation issue at another status conference; and if the Warden files a response to Holt's *Gates* motion, Holt has until July 7, 2008 to file a reply. In the event the Warden asks for a status conference on the independent mental evaluation issue, the Court will consider ordering briefing.

Modification of the existing briefing schedule for the *Gates* motion has been initiated by Holt's appointed attorneys due to pressing litigation obligations in other cases pending in Los Angeles and Sacramento.

The parties have agreed to a new briefing schedule, whereby Holt will file his *Gates* motion on or before June 5, 2008; the Warden will either file a response to the motion or notify the Court that he wishes

1 to address the independent mental evaluation issue at another status conference on or before July 7, 2008; and
2 if the Warden does file a response, Holt shall file a reply on or before July 28, 2008.

The Court is satisfied that the parties are diligently working to bring this matter to a resolution. Good cause appearing, the stipulated request to modify the briefing schedule in the March 20, 2008 order is granted. All filings shall be made electronically, as outlined above, and by 4 p.m. on the dates specified. In the event the Warden asks for a status conference to address the issue of subjecting Holt to an independent mental evaluation, the Court will consider ordering further briefing.

The parties are reminded that since the *Gates* motion will address Holt's ability to communicate rationally with his attorneys, the nature of the claims for which an evidentiary hearing is ordered should be discussed with that standard in mind as it bears on the vindication of Holt's statutory right to counsel under 18 U.S.C. § 3599(a)(2).

IT IS SO ORDERED.

Dated:     May 8, 2008

                                                              /s/ Anthony W. Ishii
                                                                 Anthony W. Ishii
                                            United States District Judge