ROBERT M. MYERS, State Bar No. 66957
Newman.Aaronson.Vanaman
14001 Ventura Boulevard
Sherman Oaks, California 91423
(818) 990-7722; FAX (818) 501-1306

DANIEL J. BRODERICK, State Bar No. 89424
Federal Defender
JENNIFER M. COREY, State Bar. No. 215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

Attorneys for Petitioner John Lee Holt

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>   Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS, JR., as Warden<br>of the California State Prison at<br>San Quentin,<br><br>   Respondent. | CASE NO. 1:97-cv-6210 AWI<br><br>**Death Penalty Case**<br><br>STIPULATED PROTECTIVE ORDER |

  Petitioner JOHN LEE HOLT and Respondent ROBERT L. AYERS, Jr., as Warden of the California State Prison at San Quentin, by and through their counsel of record, stipulate that a Protective Order may be entered by the Court as follows:

  IT IS HEREBY ORDERED that the results of the competency examination of petitioner John Lee Holt and any information obtained in connection with the examination by Dr. Roderick Ponath, M.D., shall be used for the determination of the Mr. Holt's current competency and for no other purpose. Disclosure of the contents of the Dr. Ponath's report shall not be made by petitioner or respondent to any other persons or agencies, including any other law enforcement or prosecutorial personnel or agencies. No statement made by Mr. Holt in the course of the competency evaluation,

no testimony by Dr. Ponath based upon any such statement, and no other fruits of any such statement shall be offered or admitted into evidence by or against Mr. Holt on any issue other than Mr. Holt's current competency. This order shall continue in effect after the conclusion of the habeas corpus proceedings and specifically shall apply in connection with all state court proceedings including a retrial of all or any portion of petitioner's criminal case. Any testimony in this proceeding in which Dr. Ponath's report is referred to shall be held in such a way that the contents of the report shall remain confidential and are not disclosed to any persons but the parties, the court, and necessary court personnel. Such testimony may be subject to disclosure beyond the limitations stated in this order only upon a prior determination by the Court that specific, identified information is not protected. Such determination shall be made only after petitioner or respondent serves a motion providing notice of the specific information it contends is not protected, and the other party is given an opportunity to object to the use or disclosure of the information.

DATE: September 5, 2008

NEWMAN.AARONSON.VANAMAN
DANIEL J. BRODERICK, Federal Defender
JENNIFER M. COREY, Assistant Federal Defender

By     /s/ Robert M. Myers
ROBERT M. MYERS
Attorneys for Petitioner John Lee Holt

EDMUND G. BROWN JR.
Attorney General of the State of California

By:     /s/ Peter Thompson
Peter Thompson, Deputy Attorney General
Attorneys for Respondent

IT IS SO ORDERED.

Dated:   September 5, 2008                        /s/ Anthony W. Ishii
Anthony W. Ishii
United States District Judge