1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN LEE HOLT,                                )        Case No. 1:97-CV-06210-AWI
                                              )
                   Petitioner,                )        ORDER GRANTING PETITIONER'S
                                              )        MOTION TO STAY FEDERAL
         vs.                                  )        PROCEEDINGS DUE TO INCOMPETENCE
                                              )
ROBERT L. AYERS, JR., As Warden               )
of San Quentin State Prison,                  )
                                              )
_____Respondent._____)

14      This matter is before the Court on the motion of Petitioner John Lee Holt ("Holt") to stay federal

15  proceedings pursuant to *Rohan ex rel. Gates v. Woodford*, 334 F.3d 803 (9th Cir. 2003).  Holt filed the

16  majority of his motion electronically on June 5, 2008, and certain portions of that motion under seal on

17  June 18, 2008.  Thereafter, Holt and Respondent Robert L. Ayers, Jr., as Warden of San Quentin State

18  Prison (the "Warden") stipulated that Roderick D. Ponath, M.D., a psychiatrist employed with the

19  California Department of Corrections and Rehabilitation, would conduct a psychiatric examination of

20  Holt, limited to the issue of his competence to proceed with this federal habeas corpus proceeding.  Dr.

21  Ponath's report following his competency examination of Holt was filed under seal on October 30, 2008.

22  Specifically, Dr. Ponath concluded that Holt suffers from a mental disease, disorder, or defect, and

23  further that Holt does not have the capacity to appreciate his position, make rational choices with respect

24  to the proceedings in this Court, or to communicate rationally with his appointed attorneys regarding the

25  proceedings.

26      Holt's counsel have submitted the motion on the strength of Dr. Ponath's report.  The Warden

27  also submits the matter based on Dr. Ponath's report, having filed a notice of non-opposition to the

28  motion on November 18, 2008 and a statement urging the Court to stay these proceedings until Holt

regains his competence.  The Warden proposes that the Court and the parties revisit the issue of Holt's competence in eighteen months to two years, at which time a follow-up examination should be conducted.

Based on all the pleadings and documentary evidence before the Court in this matter, including that which is filed under seal, and for good cause shown, Holt's motion to stay federal proceedings is granted. The stay shall remain in effect until Holt is restored to competence.  While this stay remains in effect, the parties shall jointly arrange for Holt to be reexamined by Dr. Ponath or another psychiatrist employed with the California Department of Corrections and Rehabilitation every two years, to determine whether there has been a material change in his mental condition.  Following each of these examinations, Holt's counsel shall file a status report apprising the Court about the examination results. The Warden is ordered to cooperate with counsel for the parties to facilitate these competence examinations.

IT IS SO ORDERED.

Dated:  ___November 21, 2008___

___/s/ Anthony W. Ishii___
Anthony W. Ishii
United States District Judge