UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>        Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>        Respondent. | Case No.: 1:97-cv-06210 AWI<br><br>ORDER MODIFYING BRIEFING SCHEDULE IN PREPARATION FOR EVIDENTIARY HEARING |

      This matter is before the Court on the joint request of the parties Petitioner John Lee Holt ("Holt") and Kevin Chappell, Warden of California State Prison at San Quentin (the "Warden") to modify the briefing schedule in preparation for the evidentiary hearing. Specifically, they request a continuance from January 14, 2014 to May 14, 2014 to file their respective briefs. The grounds for the request on Holt's side include the press of other cases for both CJA counsel Robert Myers and Assistant Federal Defender Jennifer Mann. Ms. Mann's other case responsibilities include litigation of Holt's *Atkins* petition before the Kern County Superior Court. On the Warden's side, Deputy Attorney Sean McCoy is in involved with a project involving the State Victim Compensation Government Claims Board in February, 2014, will have to obtain re-authorization for the State's mental health expert, supervises other deputies in the preparation of pleadings, and carries his own case load, aside from Holt's case.

OModBriefing4EHPrep-Hlt

Given the impacted schedules of Mr. Myers, Ms. Mann, and Mr. McCoy, the Court is troubled by the timing of the instant request, five days before briefing due date.  The Court also is uneasy about delaying the federal action, regarding guilt phase claims, for litigation before the Kern County Superior Court, regarding a penalty claim.  Holt's counsel are directed to provide monthly status reports concerning that state litigation and to keep the Superior Court up to date on the status of the within federal proceedings.  Both federal and state courts need to be properly informed.  In addition, as to the Warden, the moving papers are silent as to the role the other deputy Attorney General assigned to this case, Peter Thompson, and Mr. McCoy has not explained how it came to pass that the need to obtain re-authorization for the State's expert only recently came to his attention.  The Court is aware of and also impacted by budgetary shortfalls.

In light of the foregoing, the parties shall file briefs responsive to the Court's November 15, 2013 order (doc. 206) on or before May 14, 2013.  Notwithstanding budgetary shortfalls, continuances are discouraged and last minute requests are particularly disfavored.

IT IS SO ORDERED.

Dated: <u>January 10, 2014</u>

<u>/s/ Anthony W. Ishii</u>
Anthony W. Ishii
United States District Judge

OModBriefing4EHPrep-Hlt