# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>　　　　Petitioner,<br>　v.<br><br><br>KEVIN CHAPPELL, Warden Of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:97-cv-06210-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER SCHEDULING EVIDENTIARY HEARING<br><br>Date: March 14, 2016<br>Time: 8:30 a.m.<br>Courtroom: 9<br>Judge: Stanley A. Boone<br><br>(Estimated 1 Week Hearing)<br><br>ORDER SETTING STATUS CONFERENCE<br><br>Date: June 16, 2015<br>Time: 8:30 a.m.<br>Courtroom: 9<br>Judge: Stanley A. Boone |

On December 1, 1998, Petitioner filed his fully exhausted petition. After briefing by both parties, Petitioner filed a motion for an evidentiary hearing on March 1, 2001. On March 30, 2004, the Court bifurcated proceedings between guilt and penalty phases and ordered a limited evidentiary hearing on guilt phase claims 9 (lack of juror impartiality and implied bias - juror Billy Ross), 11 (mental competency), 12 (ineffective assistance of counsel - mental competency), 13 (ineffective assistance of counsel - mental state defenses), 14 (ineffective assistance of

counsel - calling Petitioner to testify), 15 (ineffective assistance of counsel and trial court error - lesser included instructions for rape) and 16 (ineffective assistance of counsel - failure to investigate rape). The Court held in reserve the remaining claims for which an evidentiary hearing was requested, i.e., claims 19, 21, 22, 32, 33, 41 and 43.

On November 21, 2008, the Court stayed proceedings pursuant to <u>Rohan ex rel. Gates v. Woodford</u>, 334 F.3d 803 (9th Cir. 2003), pending Petitioner's restoration to mental competence. The <u>Gates</u> stay was lifted, effective January 8, 2013, when the Supreme Court filed its opinion in <u>Ryan v. Gonzales</u>, ___ U.S. ___, 133 S. Ct. 696 (2013). This Court, on November 15, 2013, ordered reinstitution of preparations for the limited evidentiary hearing.

An interim telephonic case management conference was held on March 17, 2015, during which the parties addressed matters pertaining to the anticipated limited evidentiary hearing. Counsel Robert Myers and Jennifer Mann appeared for Petitioner and Counsel Sean McCoy appeared for Respondent.

At the conclusion of the case management conference, Respondent's counsel was excused and the conference continued ex parte with counsel for Petitioner for a discussion of budgetary issues.

It is HEREBY ORDERED that:

1. The limited evidentiary hearing is set for March 14, 2016, at 8:30 a.m., in Department 9, before the undersigned.

2. Petitioner's merits brief for claim 9 is due not later than July 17, 2015; Respondent's brief in response is due not later than November 16, 2015; Petitioner's brief in reply is due not later than December 31, 2015.

3. The parties' simultaneous merits briefs for claims 11 through 16 are due on or before February 29, 2016.

4. A telephonic status conference regarding the limited evidentiary hearing is set for June 16, 2015, at 8:30 a.m., in Department 9, before the undersigned. The parties should be prepared to update the Court on claim briefing, and to discuss scheduling of expert and witness disclosure, discovery, in limine motions, submission of a supplemental joint prehearing

statement, submission of proposed findings of fact and conclusions of law, and submission of exhibits.  The parties shall meet and confer on all these issues and file a joint status conference statement of their respective positions, including areas of stipulated agreement and continuing disagreement, by not later than June 9, 2015.

IT IS SO ORDERED.

Dated: __**March 19, 2015**__

UNITED STATES MAGISTRATE JUDGE