# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>  Petitioner,<br><br>  v.<br><br>KEVIN CHAPPELL, Warden Of San Quentin State Prison,<br><br>  Respondent. | Case No. 1:97-cv-06210-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER SETTING STATUS CONFERENCE HEARING<br><br>(ECF No. 238)<br><br>Telephonic Hearing:<br> Date: October 16, 2015<br> Time: 9:00 a.m.<br> Courtroom 9<br> Judge: Stanley A. Boone |

Before the Court is Petitioner's October 13, 2015 request for a status conference to discuss a matter related to the May 9, 2016 evidentiary hearing.

For good cause shown, it is hereby ORDERED that a status conference hearing is set for October 16, 2015 at 9:00 a.m. in Department 9 before the undersigned. The parties may appear by teleconference. The attorneys are directed to contact the Court's Courtroom Deputy Clerk, Mamie Hernandez, to advise that they will be appearing telephonically and to obtain the

1

teleconference number and pass code.

IT IS SO ORDERED.

Dated:  **October 14, 2015**

_____
UNITED STATES MAGISTRATE JUDGE