1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| JOHN LEE HOLT,<br><br>              Petitioner,<br><br>      v.<br><br>KEVIN CHAPPELL, Warden Of San Quentin State Prison,<br><br>              Respondent. | Case No.  1:97-cv-06210-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>**ORDER FOLLOWING STATUS CONFERENCE**<br><br>**(ECF No. 239)**<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE HEARING**<br><br>Telephonic Hearing:<br>  Date: November 30, 2015<br>  Time: 9:30 a.m.<br>  Courtroom: 9<br>  Judge: Stanley A. Boone |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        This matter came on for status conference on October 16, 2015, at 9:00 a.m., in the above-entitled Court, the Honorable Stanley A. Boone presiding.  Counsel Robert Myers and Jennifer Mann appeared for Petitioner and counsel Sean McCoy appeared for Respondent, all appeared telephonically.  The status conference was set at Petitioner's request to discuss the impact of the death of his designated expert, Dr. William D. Pierce, Ph.D., and its effect on scheduled events.

        Following the parties' position statements, and discussion with counsel, the Court determined that the best course of action is to set a further status conference pending Petitioner's

efforts to locate an expert to replace Dr. Pierce.

Accordingly, it is hereby ORDERED that:

1. A further status conference is set for November 30, 2015, at 9:30 a.m., in Department 9, before the undersigned.  The parties may appear by teleconference. The attorneys are directed to contact the Court's Courtroom Deputy Clerk, Mamie Hernandez, to advise that they will be appearing telephonically and to obtain the teleconference number and pass code;

2. Petitioner's counsel is directed to file, by not later than November 23, 2015, a status report which shall include counsel's efforts to retain a replacement expert and results thereof; expected dates when replacement expert will be available to review this matter and provide a report and opinion; and any recommended changes to currently scheduled events (see ECF No. 233);

3. All other dates as previously set shall remain in full force except that the Court will provide new dates for expert discovery and dates involving new expert disclosure once the expert is retained; and

4. Counsel for both parties shall be prepared to discuss all the noted issues at the status conference.

IT IS SO ORDERED.

Dated:  __October 16, 2015__

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28