# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>    Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden Of San Quentin State Prison,<br><br>    Respondent. | Case No.  1:97-cv-06210-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING UNOPPOSED REQUEST FOR SEALING ORDER<br><br>(ECF No. 244) |

Before the Court is Petitioner's November 23, 2015 notice of request to file under seal the following separately submitted documents (1) a request to seal the declaration of Petitioner's co-counsel, Robert Myers, consisting of two (2) pages, (2) said declaration of Mr. Myers, relating to Petitioner's November 23, 2015 status report (see ECF No. 243), consisting of four (4) pages, and (3) a proposed order granting the seal request, consisting of two (2) pages.

Petitioner represents that the documents to be sealed have been served upon counsel for Respondent and contain confidential medial information which should be protected from disclosure in this proceeding.  Local Rule 141.

Respondent's counsel, on November 30, 2015, emailed the Court stating that he does not object to Petitioner's sealing request.  Local Rule 141(c).

1

The Court has reviewed the request and the noted separately submitted documents and hereby ORDERS that Petitioner's request for sealing order (ECF No. 244) is GRANTED as follows:

1. The Clerk of the Court is directed to file under seal (1) Petitioner's unopposed request to seal the declaration of Petitioner's co-counsel, Robert Myers, consisting of two (2) pages, (2) said declaration of Mr. Myers, consisting of four (4) pages, and (3) a proposed order granting the seal request, consisting of two (2) pages,

2. The foregoing documents and the information therein constitute confidential information which shall not be disclosed, in whole or part, to any person other than the Court and Court staff and individually named counsel for the parties for their use solely in connection with litigation of the habeas petition pending before this Court,

3. No publicly filed document shall include the above documents and/or the information therein unless authorized by the Court to be filed under seal, and

4. All provisions of this order shall continue to be binding after the conclusion of this habeas corpus proceeding and specifically shall apply in the event of a retrial of all or any portion of Petitioner's criminal case, except that either party maintains the right to request modification or vacation of this order upon entry of final judgment.

IT IS SO ORDERED.

Dated: **December 1, 2015**

UNITED STATES MAGISTRATE JUDGE