# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>  Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden Of San Quentin State Prison,<br><br>  Respondent. | Case No. 1:97-cv-06210-DAD-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER FOLLOWING STATUS CONFERENCE<br><br>(ECF No. 241)<br><br>ORDER SETTING FURTHER STATUS CONFERENCE<br><br><u>Telephonic Hearing:</u><br>  Date: January 15, 2016<br>  Time: 9:30 a.m.<br>  Courtroom: 9<br>  Judge: Stanley A. Boone |

This matter came on for further status conference on November 30, 2015, at 9:30 a.m., in the above-entitled Court, the Honorable Stanley A. Boone presiding. Counsel Robert Myers and Jennifer Mann appeared for Petitioner and counsel Sean McCoy appeared for Respondent, all

1

appeared telephonically.  The status conference was set to discuss efforts by Petitioner's counsel to locate an expert to replace his designated expert, the late Dr. William D. Pierce, Ph.D., including the results thereof and any recommended changes to the current scheduling order.

Following the Court's review of the related status report filed by Petitioner's counsel on November 23, 2015 and documents referenced therein, and discussion with counsel at the November 30, 2015 hearing, the Court determined that the best course of action is to set a deadline for the parties to complete the Rule 26 discovery ordered by the Court on July 10, 2006, and to set a further status conference pending Petitioner's additional efforts to retain an expert to replace Dr. Pierce.  Accordingly, it is hereby ORDERED that:

1. Counsel for Petitioner and Respondent shall complete, by not later than December 14, 2015, all Rule 26 discovery ordered by the Court on July 10, 2006 (see ECF No. 138), including Respondent's disclosure of disciplinary reports and training materials relating to his expert, Dr. Marvin H. Firestone.  Where responsive documents do not exist, counsel shall so state.

2. A further status conference is set for January 15, 2016, at 9:30 a.m., in Department 9, before the undersigned.  The parties may appear by teleconference. The attorneys are directed to contact the Court's Courtroom Deputy Clerk, Mamie Hernandez, to advise that they will be appearing telephonically and to obtain the teleconference number and pass code.

3. Petitioner's counsel is directed to file, by not later than January 8, 2016, a status report which shall include counsel's additional efforts to retain a replacement expert and results thereof; expected dates when a replacement expert will be available to review this matter and provide a report and opinion; and any recommended changes to the current scheduling order.

4. All other dates as previously set shall remain in full force except that the Court will provide new disclosure dates for the expert who replaces Dr. Pierce, once he or she is retained, and new dates for expert discovery.

5. Counsel for both parties shall be prepared to discuss all the noted issues at the

further status conference.

IT IS SO ORDERED.

Dated: __**December 7, 2015**__

_____
UNITED STATES MAGISTRATE JUDGE