KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
KENNETH N. SOKOLER, State Bar No. 161024
Supervising Deputy Attorney General
SEAN M. MCCOY, State Bar No. 182516
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-9951
 Fax: (916) 324-2960
 E-mail: Sean.McCoy@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN LEE HOLT,**<br><br>Petitioner,<br><br>v.<br><br>**ROBERT L. AYERS, Warden of the California State Prison at San Quentin,**<br><br>Respondent. | 1:97-cv-06210-AWI-SAB (HC)(DP)<br><br>**STIPULATED REQUEST FOR THE PROTECTIVE ORDER AND DECLARATION OF SEAN M. McCOY** |

RESPONDENT, RONALD DAVIS, WARDEN,[1] custodian on behalf of the People for the State of California, by and through his undersigned counsel and pursuant to Local Rule 141, 141.1, and 230, respectively, submits the following stipulation and request for a protective order.

The facts supporting this stipulation and request are fully set forth in the declaration of Respondent's counsel, Deputy Attorney General Sean M. McCoy, attached hereto and incorporated herein by reference.

---

[1] Ronald Davis is the current warden and proper Respondent. Fed.R.Civ.P. 25(d).

| | | |
|---|---|---|
| 1 | Dated:  December 14, 2015 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | KENNETH N. SOKOLER<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | s/ *Sean M. McCoy* |
| 6 | | SEAN M. MCCOY<br>Deputy Attorney General |
| 7 | | *Attorneys for Respondent* |
| 8 | | |
| 9 | | |
| 10 | | *ROBERT M. MYERS*<br>*HEATHER E. WILLIAMS*<br>*Federal Defender* |
| 11 | | |
| 12 | | */s/ JENNIFER MANN* |
| 13 | | *Jennifer Mann*<br>*Assistant Federal Defender*<br>*Counsel for Petitioner* |
| 14 | | *JOHN LEE HOLT* |
| 15 | SA1997XW0011<br>32320481.doc | |

2

# DECLARATION

I, Sean M. McCoy, declare as follows:

1. I am lead counsel for Respondent, RONALD DAVIS, WARDEN, custodian on behalf of the People of the State of California, in the above captioned proceeding on habeas corpus before this court.

2. In preparing documents in order to comply with the court's discovery order regarding copies of materials from training sessions at which Respondent's expert, Dr. Marvin Firestone, presented or participated, through his assistant, Dr. Firestone informed me that some of the materials he would need to provide were not his sole commercial or intellectual property.

3. Specifically, Dr. Firestone's assistant informed me that, with another psychiatrist, Dr. Tennenhouse, Dr. Firestone operates the Western institute of Legal Medicine, which provides medical professionals with continuing education in several areas.

4. Dr. Firestone's assistant informed me that Dr. Firestone did not personally prepare the materials, but merely reviewed Dr. Tennenhouse's work.  Dr. Tennenhouse would not consent to the disclosure of his commercial or intellectual property.

5. I proposed to Dr. Firestone and to petitioner's counsel, Jennifer Mann, that disclosure could be made pursuant to a protective order in order to guard Dr. Tennenhouse's commercial and intellectual property rights and concerns.  Dr. Firestone and petitioner's counsel agreed to the proposed language in the draft order submitted with this request.

6. Dr. Firestone identified the documents to be subject to the protective order as follows:

    Western Institute of Legal Medicine Courses:

    A. Prescribing Practices and Management of Chronic Pain and Substance Use Disorder

    Supplementary Pre-Course booklet - 24 pages;

    B. Prescribing Practices and Management of Chronic Pain and Substance Use Disorder Handout - 82 pages;

    C. Record Keeping Supplementary Pre-Course booklet - 25 pages;

    D. Record Keeping Course Handout - 85 pages;

E. Practical Medical Ethics and Professionalism: and Medical-Legal Implications of Ethics for Practicing Physicians "Supplementary Pre-Course booklet - 68 pages;

F. Practical Medical Ethics and Professionalism: and Medical-Legal Implications of Ethics for

Practicing Physicians Handout - 86 pages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 14, 2015, at Sacramento, California

Dated: December 14, 2015                    s/ *Sean M. McCoy*

                                                                   SEAN M. MCCOY
Deputy Attorney General
*Attorneys for Respondent*

SA1997XW0011
32320481.doc