IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN LEE HOLT,**<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>**ROBERT L. AYERS, Warden of the California State Prison at San Quentin,**<br><br>　　　　　　　Respondent. | Case No. 1:97-cv-06210-AWI-SAB (HC)(DP)<br><br>**[PROPOSED] ORDER** |

　　　Before this Court is Respondent's stipulated request for a protective order for documents that Respondent's exert witness, Dr. Marvin Firestone, is providing to Petitioner's counsel pursuant to discovery orders previously entered.

　　　The following documents from courses presented by the Western Institute of Legal Medicine that are to be provided by Dr. Firestone to Petitioner's counsel are the intellectual property of the Western Institute of Legal Medicine, and shall be deemed to be confidential:

　　　A. Prescribing Practices and Management of Chronic Pain and Substance Use Disorder Supplementary Pre-Course booklet - 24 pages;

　　　B. Prescribing Practices and Management of Chronic Pain and Substance Use Disorder Handout - 82 pages;

1

1      C. Record Keeping Supplementary Pre-Course booklet - 25 pages;

2      D. Record Keeping Course Handout - 85 pages;

3      E. Practical Medical Ethics and Professionalism: and Medical-Legal Implications of Ethics

4 for Practicing Physicians "Supplementary Pre-Course booklet - 68 pages;

5      F. Practical Medical Ethics and Professionalism: and Medical-Legal Implications of Ethics

6 for Practicing Physicians Handout - 86 pages.

7      The above listed documents and material (hereinafter collectively referred to as

8 "confidential materials") shall only be used by Petitioner's counsel, or any expert witness retained

9 by Petitioner's counsel, in this federal habeas proceeding and only for purposes of examining Dr.

10 Marvin Firestone.  If Petitioner's counsel provides the confidential materials to any expert as

11 authorized above, Petitioner's counsel shall inform that expert of this protective order and the

12 expert's obligation to comply with it.  Disclosure of the contents of the confidential materials and

13 the confidential materials themselves may not be made to any other persons or agencies.

14      Upon termination of this federal habeas proceeding, or upon a determination that the

15 confidential materials are not relevant, Petitioner's counsel shall return those materials to Dr.

16 Firestone or certify to Respondent's counsel and Dr. Firestone that they have been destroyed.

18      IT IS SO ORDERED

22      Date:_____      _____
23                                UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order (1:97-cv-06210-AWI-SAB (HC)(DP))