# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPEL, warden of San Quentin State Prison<br><br>    Respondent. | Case No. 1:97-cv-06210-DAD-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER FOLLOWING STATUS CONFERENCE AND SETTING FURTHER STATUS CONFERENCE HEARING<br><br>Telephonic Hearing:<br>  Date: March 9, 2016<br>  Time: 12:15 p.m.<br>  Courtroom: 9<br>  Judge: Stanley A. Boone |

This matter came on for status conference on January 15, 2016, at 9:30 a.m., in the above-entitled Court, the Honorable Stanley A. Boone presiding. Counsel Robert Myers and Jennifer Mann appeared for Petitioner and counsel Sean McCoy appeared for Respondent, all appeared telephonically. The status conference was set to address Petitioner's success in finding a replacement expert following the death of his designated expert, Dr. William D. Pierce, Ph.D.

Following the discussion with counsel during the hearing, a further status conference shall be set to address whether Petitioner has found a replacement expert. If the parties determine that a briefing schedule is necessary to address admission of Dr. Pierce's reports and declarations during the evidentiary hearing, they shall set forth a proposed briefing schedule in the status report due prior to the hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. A further status conference is set for March 9, 2016, at 12:15 p.m., in Department 9, before the undersigned. The parties may appear by teleconference. The attorneys are directed to contact the Court's Courtroom Deputy Clerk, Mamie Hernandez, to advise that they will be appearing telephonically and to obtain the teleconference number and pass code;

2. Petitioner's counsel is directed to file, by March 2, 2016, a status report which shall include counsel's efforts to retain a replacement expert and results thereof; expected dates when replacement expert will be available to review this matter and provide a report and opinion; and any recommended changes to currently scheduled events. If the parties determine that a motion to admit Dr. Pierce's report and declaration is necessary, a proposed briefing schedule should be included in the status report, if practicable; and

3. All other dates as previously set shall remain in full force.

IT IS SO ORDERED.

Dated:   **January 15, 2016**         /s/ Jerry A. Boone
                                      UNITED STATES MAGISTRATE JUDGE