ROBERT M. MYERS, State Bar #66957
Newman.Aaronson.Vanaman
14001 Ventura Boulevard
Sherman Oaks, California  91423
Telephone:   (818) 990-7722
Facsimile:     (818) 501-1306
Email:           rmmyers@ix.netcom.com

HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
JENNIFER MANN, State Bar #215737
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
Telephone:   (916) 498-6666
Facsimile:     (916) 498-6656
Email:           Jennifer_mann@fd.org

Attorneys for Petitioner
JOHN LEE HOLT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>　　　　Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL,<br>　Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:97-cv-06210-DAD-SAB<br><br>DEATH PENALTY CASE<br><br>PETITIONER'S STATUS REPORT |

PETITIONER, JOHN LEE HOLT, by and through his undersigned counsel and pursuant to this Court's order dated January 15, 2016 (Doc. 257), hereby files Petitioner's Status Report.

Undersigned counsel Mann has spent many hours researching and interviewing experts. Many experts who looked promising turned out to have problems upon closer

1  inspection. The vetting process involved speaking with colleagues and experts we have used
2  in other cases, as well as reading opinions and orders that referred to that expert.

3  One expert who was recommended to us would not participate because he was not
4  licensed in California. That expert referred me to two experts in California. One did not
5  respond to our inquiries and the other did not have time to work on the matter. The latter
6  expert referred me to one of his colleagues, but due to scheduled maternity leave, she could
7  not commit to working on our case. We had substantive discussions with one other expert,
8  but upon further discussions, we decided that he was not right for the issues in this case.

9  Last week we interviewed an expert who fits all our criteria. He is an experienced
10 forensic expert and experienced with the issues to be determined at the evidentiary hearing.
11 He is a good fit and we plan to retain him.

12 That expert's schedule will not permit him to begin work on the case until September
13 2016. In light of the expert's availability, Petitioner's counsel could meet the following
14 schedule:

15 Petitioner's expert disclosures:    January 9, 2017

16 Rebuttal expert disclosures:        February 10, 2017

17 Discovery deadline:                 March 20, 2017

18 Final witness lists:                April 3, 2017

19 Final exhibit lists:                April 3, 2017

20 Pre-marked exhibits:                April 3, 2017

21 Trial briefs:                       April 18, 2017

22 Exhibit binders:                    April 21, 2017

23 Evidentiary hearing:                begin Monday, May 1, 2017

| | |
|---|---|
| Closing briefs: | 90 days after hearing |
| Rebuttal briefs: | 30 days after closing briefs |

The Court also ordered that, if Petitioner's counsel wished to file a motion to admit Dr. Pierce's report and declaration, that the parties propose a briefing schedule. Order dated January 15, 2016 at 2 (Doc. 257). Petitioner's counsel are not able to make that decision until after consulting with our new expert. If we decide to make such a motion, Petitioner proposes the following schedule:

| | |
|---|---|
| Petitioner's motion, if any: | February 24, 2017 |
| Respondent's opposition, if any | March 10, 2017 |
| Petitioner's reply, if any | March 20, 2017 |

Dated: March 2, 2016

Respectfully submitted,

/s/ Robert M. Myers
ROBERT M. MYERS

HEATHER E. WILLIAMS
Federal Defender


/s/ Jennifer Mann
Jennifer Mann
Assistant Federal Defender

Counsel for Petitioner
JOHN LEE HOLT