1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN LEE HOLT,                                    Case No.  1:97-cv-06210-DAD-SAB

12              Petitioner,                            **DEATH PENALTY CASE**

13        v.                                           SCHEDULING ORDER FOLLOWING
                                                       STATUS CONFERENCE
14   KEVIN CHAPPELL, Warden Of San Quentin
     State Prison,
15
                Respondent.
16

17

18        This matter came on for status conference on March 9, 2016, at 12:15 p.m., in

19   Department 9 of the above-entitled court, the Honorable Stanley A. Boone presiding.  Counsel

20   Robert Myers and Jennifer Mann appeared for petitioner and counsel Sean McCoy appeared for

21   respondent, all appeared telephonically.  The status conference was set to discuss efforts by

22   petitioner's counsel to locate an expert to replace his designated expert, the late Dr. William D.

23   Pierce, Ph.D., and recommended changes to the June 19, 2015 scheduling order.

24        Following the court's review of petitioner's March 2, 2016 status conference statement,

25   and discussion with counsel at the hearing, the court determined that current scheduling shall be

26   modified.

27        Accordingly, it is hereby ORDERED that:

28
                                            1

1.     The May 9, 2016 evidentiary hearing is continued to May 3, 2017, at 9:00 a.m., in Department 5, before United States District Court Judge Dale A. Drozd.

2.     The June 19, 2015 scheduling order is modified to provide the following deadlines:

| | |
|---|---|
| Petitioner's expert disclosure(s): | January 9, 2017 |
| Rebuttal expert disclosure(s): | February 10, 2017 |
| Discovery deadline: | March 20, 2017 |
| Final witness lists: | April 3, 2017 |
| Final exhibit lists: | April 3, 2017 |
| Pre-marked exhibits: | April 3, 2017 |
| Trial briefs: | April 18, 2017 |
| Exhibit binders: | April 21, 2017 |
| Closing briefs: | 90 days after evidentiary hearing |
| Rebuttal briefs: | 30 days after closing briefs. |

3.     All further proceedings in this case will be held in Department 5, before United States District Court Judge Dale A. Drozd.  The attorneys are directed to contact the Courtroom Deputy Clerk for Department 5, Renee Gaumnitz, for any future calendaring matters.

IT IS SO ORDERED.

Dated:   **March 10, 2016**

_____
UNITED STATES MAGISTRATE JUDGE