ROBERT M. MYERS, Bar No. 66957
Newman.Aaronson.Vanaman
14001 Ventura Boulevard
Sherman Oaks, California  91423
Telephone:     818-990-7722
Facsimile:     818-501-1306
E-mail:        rmmyers@ix.netcom.com

HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
JENNIFER MANN, Bar No. 215737
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone:     916-498-6666
Facsimile:     916-498-6656
E-mail:        jennifer_mann@fd.org

Attorneys for Petitioner
JOHN LEE HOLT

KAMALA HARRIS, Bar No. 146672
Attorney General of the State of California
SEAN M. McCOY, Bar No. 182516
Deputy Attorney General
PETER W. THOMPSON, Bar No. 143100
Deputy Attorney General
1300 I Street
P.O. Box 944255
Sacramento, CA  94244-2550

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>                Petitioner,<br><br>   vs.<br><br>KEVIN CHAPPELL, Warden,<br>San Quentin State Prison,<br><br>                Respondent. | Case No. 1:97-cv-6210-DAD-SAB<br><br>**DEATH PENALTY CASE**<br><br>STIPULATION AND PROPOSED ORDER RE: PETITIONER'S MEDICAL RECORDS AND RESPONDENT'S EXPERT'S PUBLICATIONS |

Petitioner John Lee Holt, through his counsel, Robert M. Myers and Assistant Federal Defender Jennifer Mann, and Respondent Kevin Chappell, Warden, San Quentin State Prison, through his counsel Deputy Attorneys General Sean M. McCoy and Peter W. Thompson, stipulate to the Court entering an order 1) directing the Warden of San Quentin State Prison to provide to Mr. Holt's counsel copies of Mr. Holt's medical records from May 2015 to the present; and 2) authorizing Mr. Holt's counsel to issue a subpoena for copies of publications by Respondent's designated expert, Dr. Marvin Firestone.

I.      Petitioner's Medical Records

This Court previously has issued an order directing the Warden of San Quentin State Prison to provide copies of Mr. Holt's medical records to Mr. Holt's counsel.  *See* Order dated March 25, 2015 (Doc. 228).  In that order, the Court granted the request for Mr. Holt's medical records pursuant to Rule 6, Rules Governing 28 U.S.C. § 2254 Cases.  Order at 1.  The Court further found that, pursuant to 18 U.S.C. § 3599(e), Mr. Holt's counsel are authorized to represent him at every stage of the judicial proceedings regardless of petitioner's present competence.  Order at 2, citing *Ryan v. Gonzalez*, 133 S. Ct. 696, 702 (2013).  The Court found that "[r]eview of Petitioner's medical and psychiatric records, limited to counsel in this action and their designated representatives, could reasonably assist at the evidentiary hearing and related settlement discussions."  Order at 2.  The circumstances and justification that this Court found existed in 2015 continue to exist.  This request is for Mr. Holt's medical and psychiatric records generated after the Warden provided records in 2015 pursuant to this Court's order.

The parties stipulate that, within 30 days of her receipt of the records, Petitioner's counsel will provide Respondent's counsel with copies thereof.  If Petitioner's counsel withholds any records, she will submit copies of those records to the Court under seal with a privilege log and provide a copy of the privilege log to Respondent's counsel.

II.     Dr. Firestone's Publications

Respondent's designated expert, Dr. Marvin Firestone, provided a list of his publications along with his report.  *See* Report of Marvin Firestone, M.D., Attachment B at 10.  Doc. 237-3.  Four publications listed were in *Psychiatric Physician*, a publication of the Northern California Psychiatric Society.  The publications are:

Firestone, M.H., "Co-Pay or No Co-Pay – That is the Question," Northern California Psychiatric Society, *Psychiatric Physician*, July-August 2012;

Firestone, M.H., "Confidentiality," Northern California Psychiatric Society, *Psychiatric Physician*, May – June 2012;

Firestone, M.H., "Boundary Violations," Northern California Psychiatric Society, *Psychiatric Physician*, March 2012; and

Firestone, M.H., "Introduction to Ethics," Northern California Psychiatric Society, *Psychiatric Physician*, January 2012.

Petitioner's counsel contacted the Northern California Psychiatric Society to request copies of the four publications that Dr. Firestone disclosed.  Ashleigh Servadio, Executive Director, responded that the Society would not release copies of Dr. Firestone's publications without a subpoena.

Pursuant to Rule 45(a)(3), Federal Rules of Civil Procedure, an attorney may issue and sign a subpoena if she is authorized to practice in the issuing court.  Rule 45 further provides that a nonparty may be compelled to produce documents.  *See* Rule 34(c); Rule 45(a)(1)(A)(iii).  Habeas Rule 6(a) provides that discovery may be ordered upon a showing of good cause.

In this case, Rule 26(a)(2)(B)(iv) requires a party's designated expert to disclose a list of all publications that he has authored in the previous ten years.  The rule requires disclosure of "basic information that is needed in most cases to prepare for trial . . . ."  1993 Advisory Committee Note to Fed. R. Civ. P. 26(a)(2).  The Rule helps ensure that opposing parties have a reasonable opportunity to prepare for effective cross examination.  *Ibid.*; *see also* Stephen D. Easton, *Can We Talk?  Removing Counterproductive Ethical Restraints Upon Ex Parte Communication Between Attorneys and Adverse*

*Expert Witnesses*, 76 IND. L. J. 647, 691 (Summer 2001) (typically attorneys examine an opposing expert witness's publications to prepare for cross-examination). Petitioner's need to prepare to cross-examine Dr. Firestone supplies the good cause for this request.

Respondent has no objection to the issuance and the subpoena and stipulates to its issuance.

WHEREFORE, the parties respectfully request that the Court issue an order directing that:

1. Respondent Warden provide Petitioner's counsel, Assistant Federal Defender Jennifer Mann, within 45 days of the filed date of this order, copies of medical and psychiatric records dated May 1, 2015 to the present for Petitioner, John Lee Holt, CDCR # E-58200.

2. Petitioner's counsel, Ms. Mann, within 30 days of receipt of the records, shall provide Respondent's counsel with copies thereof, provided that if there are any records that Petitioner's counsel withholds, Petitioner's counsel will submit copies of those records to the Court under seal with a privilege log, a copy of which Petitioner's counsel also will provide to Respondent's counsel.

3. Petitioner's counsel are authorized to issue a subpoena, pursuant to Federal Rule of Civil Procedure 45, directing the custodian of records for the Northern California Psychiatric Society to provide to Petitioner's counsel copies of articles in *Psychiatric Physician* that Dr. Firestone listed in curriculum vitae, to wit:

    Firestone, M.H., "Co-Pay or No Co-Pay – That is the Question," Northern California Psychiatric Society, *Psychiatric Physician*, July-August 2012;

    Firestone, M.H., "Confidentiality," Northern California Psychiatric Society, *Psychiatric Physician*, May – June 2012;

    Firestone, M.H., "Boundary Violations," Northern California Psychiatric Society, *Psychiatric Physician*, March 2012; and

    Firestone, M.H., "Introduction to Ethics," Northern California Psychiatric Society, *Psychiatric Physician*, January 2012.

1

2  DATED:        April 21, 2016

3                                    Respectfully submitted,

4

5  ROBERT M. MYERS                          KAMALA HARRIS
                                            Attorney General of California
6
   /s/ Robert M. Myers                      /s/ Sean M. McCoy (approved 04/21/16)
7                                           SEAN M. McCOY
   HEATHER E. WILLIAMS                      Deputy Attorney General
8  Federal Defender

9                                            /s/ Peter W. Thompson
    /s/ Jennifer Mann                       PETER W. THOMPSON
10 JENNIFER MANN                            Deputy Attorney General
   Assistant Federal Defender               Attorneys for Respondent
11

12 Attorneys for Petitioner
   JOHN LEE HOLT
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

Good cause having been shown, **IT IS HEREBY ORDERED** that the Warden of San Quentin State Prison shall provide the medical and psychiatric records of inmate John Lee Holt, # E-58200, to his counsel, Assistant Federal Defender Jennifer Mann. The Warden shall provide copies of Holt's medical and psychiatric records from May 2015 through the present.

It is further **ORDERED** that, within 30 days of receiving the records from the Warden, Petitioner's counsel shall provide copies of Petitioner's medical and psychiatric records received from the Warden to Respondent's counsel, with the provision that, if there are any records that Petitioner's counsel withholds, Petitioner's counsel will submit copies of those records to the Court under seal with a privilege log, a copy of which Petitioner's counsel also will provide to Respondent's counsel.

It is further **ORDERED** that Petitioner's counsel are authorized to issue a subpoena, pursuant to Federal Rule of Civil Procedure 45, directing the custodian of records for the Northern California Psychiatric Society to provide to Petitioner's counsel copies of articles in *Psychiatric Physician* that Dr. Firestone listed in curriculum vitae, to wit:

    Firestone, M.H., "Co-Pay or No Co-Pay – That is the Question," Northern California Psychiatric Society, *Psychiatric Physician*, July-August 2012;

    Firestone, M.H., "Confidentiality," Northern California Psychiatric Society, *Psychiatric Physician*, May – June 2012;

    Firestone, M.H., "Boundary Violations," Northern California Psychiatric Society, *Psychiatric Physician*, March 2012; and

    Firestone, M.H., "Introduction to Ethics," Northern California Psychiatric Society, *Psychiatric Physician*, January 2012.

1  Dated: _____, 2016

4                                                                   _____
                                                                    Judge, United States District Court