# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>　　　　Petitioner,<br>　v.<br><br>KEVIN CHAPPELL, Warden Of San Quentin State Prison,<br><br>　　　　Respondent. | Case No.  1:97-cv-06210-DAD-SAB<br><br>**DEATH PENALTY CASE**<br><br>ORDER UPON STIPULATION REGARDING PETITIONER'S MEDICAL RECORDS AND RESPONDENT'S EXPERT'S PUBLICATIONS<br><br>(Doc. No. 262) |

　　　　Before the court is the stipulation of petitioner's counsel, Robert M. Myers and Assistant Federal Defender Jennifer Mann, and respondent's counsel, Deputy Attorneys General Sean M. McCoy and Peter W. Thompson, to an order 1) directing respondent to provide petitioner's counsel with copies of petitioner's medical and psychiatric records from May 1, 2015 to present, and 2) authorizing petitioner's counsel to issue a subpoena for copies of noted articles by respondent's designated expert, Dr. Marvin Firestone.

　　　　As to the records, the parties represent these are same types of records already produced by respondent pursuant to the court's March 25, 2015 order (*see* Doc. No. 228), but generated after respondent's production under that order.  The parties represent the circumstances and justification for production noted in that order continue to exist and apply to the instant request. Based on the parties' stipulated representations and for the reasons discussed in the March 25,

1

1    2015 order, the court finds good cause to grant the request.  *See* Rule 6, Rules Governing 28
2    U.S.C. § 2254 Cases; *Rich v. Calderon*, 187 F.3d 1064, 1068 (9th Cir. 1999) (discovery by
3    habeas petitioner is available in the court's discretion for good cause shown).

4          As to the articles, the parties stipulate petitioner's counsel should be authorized to issue a
5    subpoena directing the custodian of record for the Northern California Psychiatric Society to
6    provide copies of the four articles published in the Society's *Psychiatric Physician* and listed in
7    Dr. Firestone's curriculum vitae.  Based on the parties' stipulated representations, the court finds
8    good cause to authorize the subpoena.  *Id.*; Fed. R. Civ. P. 45.

9          Accordingly,

10       1.   Respondent Warden is directed to provide to petitioner's counsel, Ms. Mann,
11   within 45 days of the filed date of this order, copies of medical and psychiatric
12   records of petitioner, John Lee Holt, CDCR # E-58200, for the period May 1,
13   2015 to present;

14       2.   Ms. Mann, within 30 days of receipt of the records, is directed to provide
15   respondent's counsel with copies thereof, provided that if there are any records
16   that petitioner's counsel withholds, petitioner's counsel will submit copies of
17   those records to the court under seal with a privilege log, a copy of which
18   petitioner's counsel also will provide to respondent's counsel;

19       3.   The records covered by this order shall be provided only to counsel for the parties
20   and their designated representatives and solely for purposes incident to this
21   proceeding, all copies of records provided hereunder shall be returned to the
22   Warden, or their destruction certified in a writing served on the Warden, unless
23   otherwise ordered by the court, not later than 30 days following the conclusion of
24   the proceeding;

25       4.   Petitioner's counsel are authorized to issue a subpoena, pursuant to Rule 45 of the
26   Federal Rules of Civil Procedure, directing the custodian of records for the
27   Northern California Psychiatric Society to provide to petitioner's counsel copies
28   of articles in the *Psychiatric Physician* that Dr. Firestone listed in his curriculum

vitae, to wit:

Firestone, M.H., "Co-Pay or No Co-Pay – That is the Question," Northern California Psychiatric Society, *Psychiatric Physician*, July-August 2012;

Firestone, M.H., "Confidentiality," Northern California Psychiatric Society, *Psychiatric Physician*, May – June 2012;

Firestone, M.H., "Boundary Violations," Northern California Psychiatric Society, *Psychiatric Physician*, March 2012; and

Firestone, M.H., "Introduction to Ethics," Northern California Psychiatric Society, *Psychiatric Physician*, January 2012.

IT IS SO ORDERED.

Dated:   **April 23, 2016**                              /s/ Dale A. Drozd
                                                                                  UNITED STATES DISTRICT JUDGE

3