UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>    Petitioner,<br><br>v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>    Respondent.[1] | Case No. 1:97-cv-06210-DAD-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER UPON STIPULATION CONTINUING EVIDENTIARY HEARING AND MODIFYING SCHEDULED DATES<br><br>(Doc. Nos. 261 & 264)<br><br>Continued Evidentiary Hearing:<br> October 24, 2017 at 9:00 a.m. Courtroom 5 |

Before the court is the parties' stipulation filed January 6, 2017, to continue the evidentiary hearing and modify scheduled dates to allow additional time for petitioner's counsel to arrange for completion of Rule 26 expert disclosure.

Accordingly, upon consideration of the record and the parties' stipulation and for good cause shown:

1. The May 3, 2017 evidentiary hearing is continued to October 24, 2017, a 9:00 a.m., in Department 5, before United States District Court Judge Dale A. Drozd.

///

///

///

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Ron Davis, Warden of San Quentin State Prison, is substituted as respondent in place of his predecessor wardens.

1

2. The March 10, 2016 scheduling order is further modified to provide the following deadlines:

| | |
|---|---|
| Petitioner's expert disclosure(s): | March 30, 2017. |
| Rebuttal expert disclosure(s): | May 8, 2017. |
| Discovery deadline: | July 28, 2017. |
| Final witness lists: | August 29, 2017. |
| Final exhibit lists: | August 29, 2017. |
| Pre-marked exhibits: | August 29, 2017. |
| Trial briefs: | September 22, 2017. |
| Exhibit binders: | October 12, 2017. |
| Closing briefs: | 90 days after evidentiary hearing. |
| Rebuttal briefs: | 30 days after closing briefs. |

IT IS SO ORDERED.

Dated: **January 10, 2017**

UNITED STATES DISTRICT JUDGE