UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>VINCE CULLEN,<br><br>　　　　　Respondent. | No. 1:97-cv-06210-DAD-SAB<br><br>ORDER GRANTING REQUEST TO FILE <u>PRE-MARKED EXHIBITS UNDER SEAL AND ON PAPER</u><br><br>(Doc. No. 274) |

On August 23, 2017, respondent filed a request for leave to file pre-marked exhibits on paper and under seal. (Doc. No. 274.) Pursuant to Local Rule 133(b)(1), an attorney may seek permission to file documents in paper format. If granted, the documents will then be scanned and entered into the official court record unless otherwise ordered by the assigned judge. Additionally, Local Rule 141 governs requests to file documents under seal. The court observes the exhibits in question are already subject to a protective order which requires any materials from petitioner's trial counsel's files disclosed during discovery to be kept confidential. (Doc. No. 138 at 7–8.) The court interprets the protective order issued by the previously assigned district judge to mean that these documents must be filed under seal in connection with the evidentiary hearing to be held in this action. The court finds there are compelling reasons to not allow public disclosure of trial counsels' files here, and that sealing is therefore appropriate. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2010).

1

Therefore, the court grants respondent's request to file pre-marked exhibits for the October 24, 2017 evidentiary hearing on paper. Additionally, compelling reasons appearing, these documents shall be filed under seal. Respondent shall submit these pre-marked exhibits to the Clerk's Office in paper form. The Clerk's Office will scan them pursuant to Local Rule 133(b)(1) and place them on the court's electronic docket under seal.[1]

IT IS SO ORDERED.

Dated: **August 25, 2017**

UNITED STATES DISTRICT JUDGE

---

[1] Counsel are advised that future requests to seal documents in this action should be sent, along with the scanned versions of the documents to be sealed, to the court's proposed orders e-mail box in accordance with Local Rule 141(b).