# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RON DAVIS, Warden Of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:97-cv-06210-DAD-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER UPON STIPULATION MODIFYING SCHEDULING FOR EVIDENTIARY HEARING<br><br>(Doc. No. 289) |

　　　　Before the court is the stipulation of petitioner's counsel, Robert M. Myers and Assistant Federal Defender Jennifer Mann, and respondent's counsel, Deputy Attorneys General Sean M. McCoy and Peter W. Thompson, filed September 11, 2017, to an order modifying the currently September 22, 2017 deadline for filing trial briefs and proposed findings of fact and conclusions of law, relating to the evidentiary hearing scheduled for October 24, 2017.

　　　　Accordingly, upon consideration of the record and the parties' stipulation and for good cause shown:

　　　　1.　　The parties' trial briefs shall be filed and served by not later than October 12, 2017;

/////

/////

1

2. The parties' proposed findings of fact and conclusions of law shall be filed and served on the same date as their closing briefs, not later than ninety (90) days after the evidentiary hearing.

IT IS SO ORDERED.

Dated: __**September 12, 2017**__    ___*Dale A. Drozd*___
UNITED STATES DISTRICT JUDGE