# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>Petitioner,<br>v.<br><br>RON DAVIS, Warden Of San Quentin State Prison,<br><br>Respondent. | Case No. 1:97-cv-06210-DAD-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. No. 294) |

Before the court is a motion by respondent, through counsel Deputy Attorney General Sean M. McCoy, to extend by one day the October 10, 2017 deadline for filing his opposition to petitioner's motion to admit expert reports at the evidentiary hearing scheduled to begin on October 24, 2017. The extension, respondent's first, is necessary due to counsel's responsibilities in other matters.

The court finds good cause to grant this short extension of time. Accordingly, respondent's motion for extension of time to and including October 11, 2017 (Doc. No. 294) is granted.

IT IS SO ORDERED.

Dated: **October 12, 2017**

_____
UNITED STATES DISTRICT JUDGE

1