# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>        Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden Of San Quentin State Prison,<br><br>        Respondent. | Case No. 1:97-cv-06210-DAD<br><br><u>DEATH PENALTY CASE</u><br><br>SCHEDULING ORDER FOLLOWING EVIDENTIARY HEARING |

A limited evidentiary hearing on claims 11-16 took place before the undersigned on October 24 and 26 and November 1, 2017. During the hearing, the court reserved ruling on the admissibility of Rule 26 reports of Drs. Pierce, Benson, and Missett, with the parties to meet and confer thereon and advise the court by not later than December 1, 2017. At the conclusion of the hearing, the court advised the parties it would schedule post-hearing briefing once counsel received the transcripts of the limited evidentiary hearing.

The record reflects the parties were unable to agree on the admission of the Rule 26 reports. (Doc. No. 307.) The record further reflects transcripts for all three days of the hearing were filed with notice to counsel on November 30, 2017. (Doc. Nos. 308-310.)

/////

/////

1

1    Accordingly,

2    1.    Each party shall file and serve its closing brief along with any further argument on

3          the admissibility of the noted Rule 26 reports, and proposed findings of facts and

4          conclusions of law, by not later than March 1, 2018.

5    2.    Each party shall file its rebuttal brief by not later than April 2, 2018.

6

7    IT IS SO ORDERED.

8    Dated:   __**December 13, 2017**__          _____
                                                 UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2