UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE HOLT,<br><br>    Petitioner,<br><br>v.<br><br>RON DAVIS, Warden Of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:97-cv-06210-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER FOLLOWING EVIDENTIARY HEARING |

Before the court is a motion by petitioner John Lee Holt, through co-counsel Assistant Federal Defender Jennifer Mann and appointed CJA counsel Robert Myers, to extend the current March 1, 2018 deadline for filing post-hearing briefs to April 30, 2018 and to extend the current April 2, 2018 deadline for filing rebuttal briefs to May 30, 2018. This request to modify the briefing schedule, petitioner's first, is necessary due to counsel's responsibilities in other matters.

Petitioner's counsel represent that counsel for respondent, Deputy Attorney General Sean McCoy, does not object to the requested briefing schedule modification.

The court finds good cause to grant petitioner's requested extension of time and thereupon modify the court's schedule in this case.

Accordingly, petitioner's unopposed motion to modify the post-hearing briefing schedule (Doc. No. 312) is granted such that each party shall file and serve its closing brief by not later

1

than April 30, 2018 and each party shall file and serve its rebuttal brief by not later than May 30, 2018.  The December 13, 2017 scheduling order (Doc. No. 311) shall otherwise remain in full force and effect.

IT IS SO ORDERED.

Dated: **February 12, 2018**

UNITED STATES DISTRICT JUDGE