| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| JOHN LEE HOLT,<br><br>        Petitioner,<br><br>v.<br><br>RON DAVIS, Warden Of San Quentin State Prison,<br><br>        Respondent. | Case No. 1:97-cv-06210-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED THIRD MOTION FOR MODIFICATION OF SCHEDULING ORDER FOLLOWING EVIDENTIARY HEARING |

     Before the court is a motion by petitioner John Lee Holt, through co-counsel Assistant Federal Defender Jennifer Mann and appointed CJA counsel Robert Myers, to extend the current May 30, 2018 deadline for the filing of post-hearing briefs to June 29, 2018 and to extend the current June 29, 2018 deadline for the filing of rebuttal briefs to August 13, 2018. This request to modify the briefing schedule, petitioner's third, is necessary due to the complexity of the factual record and counsel's responsibilities in other matters.

     Petitioner's counsel represent that counsel for respondent, Deputy Attorney General Sean McCoy, does not oppose the requested briefing schedule modification.

     The court finds good cause to grant petitioner's requested extension of time and thereupon modify the court's schedule in this case.

1

1    Accordingly, petitioner's unopposed motion to modify the post-hearing briefing schedule
2 (Doc. No. 316) is granted.  The parties shall file and serve their closing briefs by not later than
3 June 29, 2018 and file and serve their rebuttal brief by not later than August 13, 2018.  The
4 court's December 13, 2017 scheduling order (Doc. No. 311) shall otherwise remain in full force
5 and effect.

IT IS SO ORDERED.

Dated: **May 22, 2018**

UNITED STATES DISTRICT JUDGE