| | |
|---|---|
| JOHN LEE HOLT,<br><br>              Petitioner,<br><br>       v.<br><br>RON DAVIS, Warden Of San Quentin State Prison,<br><br>              Respondent. | Case No. 1:97-cv-06210-DAD<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER GRANTING PETITIONER'S UNOPPOSED FOURTH MOTION FOR MODIFICATION OF SCHEDULING ORDER FOLLOWING EVIDENTIARY HEARING |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Before the court is a motion brought on behalf of petitioner John Lee Holt by co-counsel Assistant Federal Defender Jennifer Mann and appointed CJA counsel Robert Myers, to extend the current August 13, 2018 deadline for the filing of rebuttal briefs to September 21, 2018. This request to modify the briefing schedule, petitioner's fourth, is necessary due to counsel's responsibilities in other matters.

Petitioner's counsel represent that counsel for respondent, Deputy Attorney General Sean McCoy, does not oppose the requested briefing schedule modification.

The court finds good cause to grant petitioner's requested extension of time and thereupon modify the court's schedule in this case.

/////

1

Accordingly, petitioner's unopposed motion to modify the post-hearing briefing schedule (Doc. No. 317) is granted such that each party shall file and serve its rebuttal brief by not later than September 21, 2018. The December 13, 2017 scheduling order (Doc. No. 311) shall otherwise remain in full force and effect.

IT IS SO ORDERED.

Dated: **August 7, 2018**

_____
UNITED STATES DISTRICT JUDGE